# LAW OFFICE OF
# JOSHUA J. LAX

225 BROADWAY, STE 715, NEW YORK, NEW YORK 10007

July 11, 2025

**BY ECF**
Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

SO ORDERED.
7.14.25 /s/ Alvin K. Hellerstein

RE:   <u>Anthony Bellere, et. al., v. The City of New York, et. al.,</u> 24 CV 5131 (AKH)

Your Honor:

    I write to respectfully move to withdraw as counsel for Plaintiffs in the above-referenced matter pursuant to Local Civil Rule 1.4(b). The basis for this application is that I left employment with Liakas Law, P.C. ("Liakas"), and I am no longer affiliated with that firm. Two attorneys from Liakas, Cassandra Rohme, Esq., and Adam Strylachuk, Esq., remain counsel of record. Pursuant to Local Civil Rule 1.4(b)(1), because attorneys from Liakas have already entered notices of appearance, and remain counsel of record, no affidavit is required in support of this motion. Based on the foregoing, I respectfully request an order relieving me as counsel for Plaintiffs. I thank the Court for its consideration of this application.

Respectfully submitted,

/s/

Joshua J. Lax, Esq.

CC: ALL COUNSEL (By ECF)