UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

BELLERE ET AL,                                          :
                                                        :
                        Plaintiffs,                     :   **ORDER DENYING**
                                                        :   **PLAINTIFF'S MOTION TO**
            -against-                                   :   **COMPEL DISCOVERY**
                                                        :
CITY OF NEW YORK ET AL,                                 :
                                                        :   24 Civ. 5131 (AKH)
                        Defendants.                     :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

Plaintiffs—fifteen former detainees of the North Infirmary Command at Rikers Island—move, by letter, pursuant to Rule 2(E) of my Individual Rules, to compel Defendants to disclose the last known addresses of putative class members incarcerated at the facility on April 6, 2023.

Contrary to my previous ruling that class and merits discovery should be conducted simultaneously, it is not necessary at this point for Plaintiffs to access the addresses of prisoners released from custody. The danger of unregulated contact with the former prisoners, compromising their privacy, and potentially affecting the integrity of proofs, is too great at this time.

There may come a time when such discovery will become appropriate, but in court-regulated proceedings, ensuring the integrity of information and the privacy of individuals involved. When the parties have completed merits discovery, they can raise this issue again by either motion or Rule 2(E) inquiry. The Clerk shall terminate ECF No. 233.

SO ORDERED.

Dated:      December 23, 2025
            New York, New York

ALVIN K. HELLERSTEIN
United States District Judge