Adam Strychaluk
Attorney, Civil Rights Litigation
astrychaluk@liakaslaw.com
P: (212) 937-7765
F: (877) 380-9432



**LIAKAS LAW** P.C.

Liakaslaw.com
40 Wall Street
50th Floor
New York, NY 10005

So ordered
3-11-26
A.K. Hellerstein

July 8, 2025

**_By ECF & Fedex_**

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York

    Re:    *Bellere v. City of New York*, No. 24 Civ. 5131 (AKH)
           Related: *Rodriguez v. City of New York*, No. 24 Civ. 5133 (AKH)

Your Honor:

    My firm represents the fifteen plaintiffs in this putative class action. Defendant City has requested that Plaintiffs include, as an exhibit to Plaintiffs' Rule 2(E) letter, a defense exhibit that Defendant City has marked confidential, Exhibit A: Department of Correction Directive (NYC 3861-904). Plaintiffs do not challenge this designation at this time. Plaintiffs have filed their Rule 2(E) letter to the public docket with this exhibit redacted in its entirety, *see* Dkt. 222, and will file the same under seal with an unredacted version of the exhibit momentarily.

    We thank the Court for its time and attention to this matter.

                        Respectfully submitted,

                        Adam Strychaluk

CC:    Nicholas Robert Tambone (by ECF)
        New York City Law Department
        *Attorney for City Defendants*

        Alejandra Rosa Gil (by ECF)
        Heidell Pittoni Murphy & Bach LLP
        *Attorney for Medical Defendants*

        Sayed Masoud Mortazavi | Maryanne K. Kaishian (by Email)
        Kaishian & Mortazavi LLC
        *Attorneys for Rodriguez Plaintiffs*
        smm@kaishianlaw.com | mk@kaishianlaw.com