UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x
                                 :

BELLERE ET AL,                       :

                 :   **ORDER REGULATING**

          Plaintiffs,   :   **PROCEEDINGS**

                 :

  -against-            :   24 Civ. 5131 (AKH)

                 :

CITY OF NEW YORK ET AL,    :

                 :

         Defendants.   :

                 :

--------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The Clerk of Court shall terminate ECF No. 222.  *See* ECF No. 226.

    SO ORDERED.


Dated:      March 27, 2026               /s/ Alvin K. Hellerstein
           New York, New York       ALVIN K. HELLERSTEIN
                              United States District Judge