

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**NICHOLAS R. TAMBONE**
Assistant Corporation Counsel
Phone: (212) 356-8767
Email: ntambone@law.nyc.gov

April 9, 2026

**By ECF and Fax**

Hon. Alvin K. Hellerstein
U.S. District Court, Southern District of New York
U.S. Courthouse
500 Pearl St., Room 1050
New York, NY 10007
Fax: (212) 805-7942

SO ORDERED.
/s/ Alvin K. Hellerstein, U.S.D.J.
4.14.2026

**Re:**   *Bellere v. City of New York*, **No. 24-cv-5131-AKH**
          *Rodriguez v. City of New York*, **No. 24-cv-5133-AKH**

Dear Judge Hellerstein:

This Office represents the City of New York in these actions, *Bellere* and *Rodriguez*, which have been consolidated for discovery. Plaintiffs in these actions assert claims related to an April 6, 2023 fire that occurred in the North Infirmary Command jail facility on Rikers Island.

I write on behalf of counsel for all parties in these consolidated actions with the following requests: (1) that *Bellere* and *Rodriguez* each be referred to Magistrate Judge Parker for separate settlement conferences; (2) that discovery be stayed for 60 days (except as to ESI discovery) while the parties attend a settlement conference and attempt settlement; and (3) that the Court extend the current discovery and all other existing deadlines in these actions (e.g., deadline to file amended pleadings) by 60 days.

The current discovery cut-off date is July 14, 2026, with a status conference scheduled for September 4, 2026. (*Bellere*, ECF No. 235.) The parties have engaged in settlement discussions and believe that a settlement conference before Magistrate Judge Parker, who has been assigned to *Bellere*, would help the parties resolve these cases at this time.[1] Defendants have been reviewing a substantial amount of ESI over the past few months, and have agreed to continue working on ESI discovery during the 60-day discovery stay.

---

[1] Although Magistrate Judge Stein was assigned in *Rodriguez* before it was reassigned from Judge Cote to Your Honor, the parties believe it would be most efficient and productive to attend separate settlement conferences before Judge Parker, as both cases arise from the same fire.

Hon. Alvin K. Hellerstein
Page 2

Counsel for all parties have conferred and jointly agreed to these requests. The parties are available should the Court have any questions, and thank the Court for its consideration.

Respectfully submitted,

*/s/ Nicholas R. Tambone*

Nicholas R. Tambone
Assistant Corporation Counsel

cc:    Counsel of record (by ECF)