UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
  ANTHONY BELLERE, et al.,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/15/2026__

                            Plaintiffs,

**ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

            -against-

  CITY OF NEW YORK, et al.,

**24-CV-5131 (AKH)**

                      Defendants.
-------------------------------------------------------------------X

**24-CV-5133 (AKH)**

HECTOR RODRIGUEZ, et al.,

                     Plaintiffs,

            -against-

CITY OF NEW YORK, et al.,

                     Defendants.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

These cases have been referred to me for settlement purposes.  A telephonic conference will be held on **Thursday, May 14, 2026, at 4:00 p.m.** in advance of a settlement conference.  Counsel for the parties will be emailed the call in information by Judge Parker's chambers prior to the scheduled conference date.  The parties are directed to be prepared to discuss why they believe two separate settlement conferences will be necessary, what overlap, if any, there is between the two cases, and to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.

**SO ORDERED.**
Dated: April 15, 2026
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge