LIAKAS LAW P.C. WYLIE STECKLOW PLLC
LAWYERS FOR THE REST OF US.COM

October 20, 2026

**So Ordered.**

**/s/ Alvin K. Hellerstein**
**U.S.D.J.**
**October 20, 2026**

***By ECF and Fax***

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York

Re: *Bellere v. City of New York*, No. 24 Civ. 5131 (AKH)

Your Honor:

Please recall that our firms represent Plaintiffs in this putative class action, which centers on detainees' exposure to fire and smoke while incarcerated in Rikers Island's North Infirmary Command on April 6, 2023. We write on behalf of all parties to request that the Court grant a further discovery stay, with the exception of ESI discovery, until November 10, 2026, while the parties continue settlement discussions. The next conference in this matter is a case management conference currently scheduled for November 20, 2026. Dkt. 246.

As Your Honor is aware, the parties recently attended multiple settlement conferences before Judge Parker. *See* Dkts. 244 & 247. The second of these conferences, on September 16, concluded with Judge Parker making a mediator's proposal and instructing the parties to respond to the same by September 30. To provide the parties additional time to consult with their clients, the parties jointly requested extensions of the deadline to respond to the proposal on September 29 and October 14. On October 15, Judge Parker graciously extended the deadline for the parties' responses to October 27.

The parties are continuing to work towards resolution and believe that the discovery stay should be extended until November 10. If the matter ultimately does not settle, this discovery stay extension will provide sufficient time for the parties to resume discovery and submit a proposed discovery schedule to this Honorable Court.

The parties thank the Court for its time and attention to this matter and are available to address any questions Your Honor may have.

Respectfully submitted,

s/

Adam Strychaluk
Wylie Stecklow